UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. ROBERT L. MAYES, et al.,<br><br>  Defendants. | No.  2:19-cv-2216 CKD P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

  1. Plaintiff's request for an extension of time (ECF No. 20) is granted; and

  2. Plaintiff is granted until August 1, 2020 to file an amended complaint.  Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed.

Dated:  June 10, 2020

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.mfe