UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. ROBERT L. MAYES, et al.,<br><br>  Defendants. | No.  2:19-cv-2216 TLN CKD P<br><br><br>ORDER |

Defendants have filed a motion asking to opt out of the court's ADR project and that the stay imposed in this action be lifted.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the court's ADR project (ECF No. 32) is granted;

2. The stay imposed in this action is lifted;

3. The settlement conference scheduled before Magistrate Judge Barnes on April 21, 2021 is vacated; and

3. Defendants Mayes and California State Prison, Solano shall file their response to plaintiff's amended complaint by March 15, 2021.

Dated:  March 3, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/vade2216.oo