IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | Case No. 2:19-cv-02216-TLN-CKD |
| Plaintiff, | **ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSION** |
| v. | |
| **DR. ROBERT E. MAYES, et al.,** | |
| Defendants. | |

Good cause appearing, the parties' stipulation is GRANTED. The Defendants shall serve responses and objections to Plaintiff's Requests for Production and Requests for Admission by July 26, 2021. Any motion to compel discovery with respect to these requests shall be filed no later than September 1, 2021.

**IT IS SO ORDERED**

Dated: May 24, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE