IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | Case No. 2:19-cv-02216-TLN-CKD |
| Plaintiff, | **ORDER** |
| **v.** | |
| **DR. ROBERT E. MAYES, et al.,** | |
| Defendants. | |

The Court has read and considered the Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 47). Good cause appearing, the Court grants the motion. The parties shall have an additional 90 days, up to and including October 21, 2021, to conduct discovery, and an additional 90 days, up to and including January 13, 2022, to file any appropriate dispositive motions. All other provisions of ECF No. 35 remain in full force and effect.

**IT IS SO ORDERED**.

Dated: July 19, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE