UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT L MAYES, et al.,<br><br>　　　　　　Defendants. | No.  2:19-cv-2216 TLN CKD P<br><br><br>ORDER |

　　　　Plaintiff is a California prisoner proceeding pro se with a civil action.  On September 10, 2021, defendants filed a motion asking that plaintiff's in forma pauperis status be revoked because plaintiff has "struck out" pursuant to 28 U.S.C. § 1915(g) and plaintiff does not seek relief in his pleadings for imminent danger of serious physical injury.  After reviewing the contents of the motion, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff shall file a response to defendants' motion to revoke plaintiff's in forma pauperis status by October 15, 2021.

　　　　2.  Motions filed by plaintiff on July 12, 2021 (ECF No. 48 & 49), August 11, 2021 (ECF No. 54 & 55), August 16, 2021 (ECF No. 56) and September 2, 2021 (ECF No. 59), which are all related to discovery or the issuance of subpoenas, are denied without prejudice to renewal after resolution of defendants' motion to revoke plaintiff's in forma pauperis status.

/////

1

3. Discovery is stayed pending resolution of defendants' motion to revoke plaintiff's in forma pauperis status.

4. The court's deadline for filing pretrial motions is vacated pending resolution of defendants' motion to revoke plaintiff's in forma pauperis status.

Dated:  September 14, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.sty