UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, JR., | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT L. MAYES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2021, defendants filed a motion asking that plaintiff's in forma pauperis status be revoked. In response to the motion, plaintiff paid the filing fee for this action. Because plaintiff is now free to proceed with this action regardless of his in forma pauperis status, defendants' motion will be denied as moot.

Also, on September 13, 2021, plaintiff filed a motion asking that the court appoint him an investigator and medical expert. The court does not appoint investigators or experts for litigants not proceeding in forma pauperis. Even if plaintiff were still proceeding in forma pauperis, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for investigators or experts. See 28 U.S.C. § 1915.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion that plaintiff's in forma pauperis status be revoked (ECF No. 60) is denied as moot;

2. The stay of discovery entered September 15, 2021 is lifted;

3. The discovery deadline is extended to February 1, 2022;

4. Any pretrial motions must be filed no later than May 1, 2022; and

5. Plaintiff's motions for a court appointed medical expert and investigator (ECF No.62) are denied.

Dated:  October 21, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.31.c