IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | Case No. 2:19-cv-02216-TLN-CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. ROBERT E. MAYES, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The parties are granted leave of this Court to conduct depositions in this matter by remote means – via videoconference – provided that each participant uses the same videoconference connection, and that each participant can hear, and be heard by, each other participant.

IT IS FURTHER ORDERED that the court reporter physical presence requirement under Federal Rule of Civil Procedure 28 shall not apply to depositions conducted in this matter. The court reporter is not required to be in the same physical location as any deponent.

Dated:  December 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE