UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT L. MAYES, et al.,<br><br>  Defendants. | No. 2:19-cv-2216 TLN CKD P<br><br><br>ORDER |

    On January 3, 2022, plaintiff filed a motion seeking leave to depose non-parties by written questions pursuant to Rule 31 of the Federal Rules of Civil Procedure. The deadline for serving requests for discovery pursuant to Rule 31 was December 3, 2021, ECF No. 35 at 6 & No. 68, and plaintiff fails to demonstrate good cause as to why he did not serve his motion before the expiration of the deadline. Accordingly, IT IS HEREBY ORDERED that his motion, ECF No. 74, is denied.

Dated: January 10, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.wd