UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT L. MAYES, et al., | |
| Defendants. | |

On January 10, 2022, plaintiff filed a motion seeking leave to propound a second set of interrogatories upon defendant Mayes. The deadline for serving interrogatories was December 3, 2021, ECF No. 35 at 6 & No. 68, and plaintiff fails to demonstrate good cause as to why he did not serve his motion before the expiration of the deadline. Accordingly, IT IS HEREBY ORDERED that his motion, ECF No. 79, is denied.

Dated: January 13, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.2is