UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST LEE VADEN,

    Plaintiff,

    v.

ROBERT L. MAYES, et al.,

    Defendants.

No. 2:19-cv-2216 TLN CKD P

ORDER

    Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C § 1983. Defendants are California State Prison Solano and two employees of the California Department of Corrections and Rehabilitation. Two matters are before the court.

    1. Plaintiff's December 17, 2021 Motion to Compel Response to Second Set of Requests for Production of Documents

    Plaintiff seeks an order compelling defendants to respond to plaintiff's second set of requests for production of documents. In response to the motion, defendants, among other things, seek an extension of time to respond to plaintiff's first and second sets of requests for production. Good cause appearing, the motion for an extension of time will be granted and the motion to compel will be denied as moot.

/////

/////

2. <u>Plaintiff's December 17, 2021 Request For Leave to Serve Additional Interrogatories</u>

Plaintiff has filed a motion asking that he be permitted to serve additional interrogatories on defendant Mayes. Defendant Mayes responded to plaintiff's original interrogatories and now plaintiff wishes to follow up as to Mayes's responses to interrogatories 2, 6, 10, 11, 13, 14, 15, 19, 20, 22 and 25. Good cause appearing, plaintiff will be permitted to serve follow-up interrogatories as to these interrogatories. Plaintiff is informed that the scope of the follow-up interrogatories must be limited to matters arising from defendant Mayes's initial responses.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time (ECF No. 85) is granted.

2. Defendants are granted until April 2, 2022 to serve responses to plaintiff's request for production of documents sets one and two.

3. Plaintiff's December 17, 2021 motion to compel (ECF No. 69) is denied as moot.

4. Plaintiff's December 17, 2021 motion to serve additional interrogatories is granted. Within 30 days, plaintiff is granted leave to serve follow-up interrogatories as to defendant Mayes's responses to interrogatories 2, 6, 10, 11, 13, 14, 15, 19, 20, 22 and 25. Plaintiff is informed that the scope of the follow-up interrogatories must be limited to matters arising from defendant Mayes's initial responses. Defendant Mayes's responses shall be served no later than April 2, 2022.

5. Any motion to compel as to plaintiff's request for production of documents sets one or two or plaintiff's follow-up interrogatories to defendant Mayes must be filed no later than May 1, 2022.

6. The deadline for filing pretrial motions is extended to July 1, 2022.

Dated: February 8, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
vade2216.abs

2