UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, JR., | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR ROBERT L MAYES, et al., | |
| Defendants. | |

    Plaintiff is a California prisoner proceeding pro se with a civil action. Plaintiff asks that the court order officials at plaintiff's prison to arrange non-party video depositions. The court does not have the authority to do this at this point. However, the court expects that officials at plaintiff's prison will assist plaintiff with and provide plaintiff with a means for conducting video depositions. Plaintiff asks that the court issue seven subpoenas which plaintiff intends to serve upon employees of the California Department of Corrections and Rehabilitation. Good cause appearing, the court will order the Clerk of the Court to issue seven subpoenas and send them to plaintiff.

    Plaintiff has requested an extension of time to conduct discovery. The court will extend the discovery deadline to July 1, 2022, so that plaintiff may conduct his depositions before the close of discovery. The parties are reminded that any motion to compel must be filed before the discovery deadline. The court will also extend the pretrial motion deadline to October 1, 2022.

This order does not authorize plaintiff conducting any further discovery other than the video depositions described above.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request that the court order officials at his prison to arrange video depositions for plaintiff (ECF No. 82) is denied. Plaintiff and defendants are advised, however, that the court expects that officials at plaintiff's prison will assist plaintiff with conducting video depositions and provide plaintiff with access to a means for conducting video depositions, i.e. a computer.

2. The Clerk of the Court is directed to issue 7 subpoenas and send them to plaintiff with this order.

3. Plaintiff's request for an extension of time (ECF No. 83) is granted. The deadline for discovery is continued to July 1, 2022, so that plaintiff may conduct video depositions before the close of discovery. The deadline for filing pretrial motions is continued to October 1, 2022.

Dated: April 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.vid