IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DR. ROBERT E. MAYES, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-02216-TLN-CKD (PC)<br><br>**ORDER** |

　　　Good cause appearing, the Defendants' motion for administrative relief to extend time to file and serve an opposition to Plaintiff's Motion to Compel Further Responses to Requests for Production of Documents, Set Two (ECF No. 113) is GRANTED.

　　　The deadline for Defendants to file and serve their opposition is extended until August 10, 2022.

　　　**IT IS SO ORDERED.**

Dated:  August 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE