UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR ROBERT L MAYES, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding with a civil action against defendants Mayes, Kuersten, and California State Prison, Solano. The deadline for serving requests for discovery was December 2, 2021. ECF No. 68 & 35 ¶ 6. In a motion filed May 2, 2022, plaintiff seeks leave to serve additional interrogatories, requests for admission, and requests for production of documents. Plaintiff's request is premised upon his assertion that he has obtained newly discovered evidence which contradicts previous responses to discovery requests. This, by itself, is not a valid reason to permit further discovery especially since, under the terms of Federal Rule of Civil Procedure 26(e), defendants are under a continuing obligation to supplement prior responses to requests for discovery if they know that a prior response was false. The court expects that defendants will adhere to the requirements of Rule 26(e) and sanctions will issue if that is not the case. Plaintiff's request for leave to serve additional requests for discovery will therefore be denied.

Also, in the May 2, 2022 motion, plaintiff asks that defendants be sanctioned for providing false testimony.  That request will be denied, in part, because plaintiff fails to show knowingly false testimony has been provided by any defendant.

Finally, plaintiff asks that the court order that plaintiff be given permission to access health care appeals filed by inmates Michal Craig Meyers and Gregory A Lanier.  However, plaintiff fails to point to any authority the court might have to make such an order at this stage of this case.   That request will be denied.   Plaintiff might subpoena such documents if that is an appropriate action under the law.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2022 "Motion to Reopen Discovery . . ." is denied in its entirety.

Dated:  September 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.disc