UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR ROBERT L MAYES, et al., | |
| Defendants. | |

    Plaintiff is a California prisoner proceeding with a civil action against defendants Mayes, Kuersten and California State Prison, Solano. Plaintiff seeks leave to file a second amended complaint. Under Rule 15(a) of the Federal Rules of Civil Procedure, the court grants leave to amend "when justice so requires." In deciding whether leave to amend should be granted, factors to be considered include the presence or absence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party and futility of the proposed amendment. Forman v. Davis, 371 U.S. 178, 182 (1962).

    The court has reviewed plaintiff's proposed second amended complaint. The body of the proposed second amended complaint is 20 pages as opposed to the operative amended complaint which is only 8 pages. While the court understands that it is appropriate that the second amended complaint be longer than the amended complaint as plaintiff attempts to add defendants back into

the case that were included in the original complaint but not the amended, plaintiff has not adequately explained the expansion of the proposed pleadings.  Accordingly, plaintiff's motion for leave to amend will be denied without prejudice to renewal within 30 days.

If plaintiff seeks leave to amend, he must identify all proposed amendments in his motion, why the proposed amendment is material (i.e. why the amendment matters) and must explain the delay in the presentation of the proposed amendment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (ECF No. 106) is denied without prejudice to renewal within 30 days.  Plaintiff's proposed second amended complaint (ECF No. 107) is stricken.

2. Plaintiff is granted thirty days within which to file a motion for leave to amend and a proposed second amended complaint.  In the motion, plaintiff must identify all proposed amendments, explain why the proposed amendment is material and must explain the delay in the presentation of the proposed amendment.

3. If plaintiff files a motion to amend, defendants shall file an opposition, or statement of non-opposition, within 21 days of the day the motion is filed on the court's electronic docket.

Dated:  September 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.lta