IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | Case No. 2:19-cv-02216-TLN-CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. ROBERT E. MAYES, et al.,** | |
| Defendants. | |

The Court has read and considered the Defendants' second motion to modify the Discovery and Scheduling Order. Good cause appearing, the Court grants the motion. The parties shall file dispositive motions on or before November 15, 2022.

**IT IS SO ORDERED**.

Dated: September 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE