IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. ROBERT E. MAYES, et al.,<br><br>          Defendants. | Case No. 2:19-cv-02216-TLN-CKD (PC)<br><br>**ORDER** |

Good cause appearing, Defendant Mayes's motion for administrative relief to extend time to serve the verification to the supplemental response to Follow-Up Interrogatory Number 10, in accordance with this Court's Order (ECF No. 128) is GRANTED.

The deadline for Defendant Mayes to serve the verification to the supplemental interrogatory response is extended until October 14, 2022.

**IT IS SO ORDERED.**

Dated: October 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE