IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | Case No. 2:19-cv-02216-TLN-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. ROBERT E. MAYES, et al.,** | |
| Defendants. | |

The Court has read and considered the Defendants' third motion to modify the Discovery and Scheduling Order (ECF Nos. 35, *as modified* ECF Nos. 51, 68, 88, 97, and 129). Good cause appearing, the Court grants the motion. The parties shall file dispositive motions on or before December 6, 2022. All other provisions of ECF No. 35 remain in full force and effect.

**IT IS SO ORDERED**.

Dated: November 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE