UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. ROBERT L. MAYES, et al.,<br><br>            Defendants. | No. 2:19-cv-2216 TLN CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the court's February 21, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 154) is granted; and

2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the court's February 21, 2023, findings and recommendations.

Dated: March 16, 2023

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1/kly
vade2216.36(2)