UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. ROBERT L. MAYES, et al.,<br><br>    Defendants. | No. 2:19-cv-2216 TLN CKD P<br><br><br><br>ORDER |

On March 27, 2023, plaintiff filed a motion seeking leave to "re-file" motions to compel further responses to plaintiff's first and second requests for admissions. Except with respect to a few limited matters, discovery is closed.

Plaintiff alleges he sent the motions to the court on December 15, 2021, when the motions would have arguably been timely and learned just recently that the motions had not been received. However, on May 16, 2022, in response to a letter received by the court on May 13, 2022 from plaintiff, plaintiff was specifically informed that no motions to compel further responses to requests for admissions had been received. ECF No. 102.

/////

/////

/////

/////

1

Since plaintiff has not shown good cause for delay, IT IS HEREBY ORDERED that plaintiff's motion seeking leave to "refile" motions to compel further responses to plaintiff's first and second requests for admissions (ECF No. 157) is denied.

Dated: March 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.ads