IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,**<br><br>                                      Plaintiff,<br><br>         v.<br><br>**DR. ROBERT E. MAYES, et al.,**<br><br>                                      Defendants. | Case No. 2:19-cv-02216-TLN-CKD P<br><br>**ORDER** |

Good cause appearing, the parties' stipulation is GRANTED.  The deadlines set forth in ECF No. 153 are extended as follows:  the deadline for the parties to complete their meet and confer obligations is extended until May 29, 2023; the deadline for Plaintiff to file any necessary motion to compel is extended until June 30, 2023.  All remaining terms set forth in ECF No. 153 remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  March 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE