IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**DR. ROBERT E. MAYES, et al.,**<br><br>                              Defendants. | Case No. 2:19-cv-02216-TLN-CKD (PC)<br><br>**ORDER** |

Good cause appearing, the parties' stipulation is GRANTED.  The deadlines set forth in ECF No. 153, as previously extended by order of this Court (ECF No. 160), are extended as follows:  the deadline for the parties to complete their meet and confer obligations is extended until July 28, 2023; the deadline for Plaintiff to file any necessary motion to compel is extended until August 31, 2023.  All remaining terms set forth in ECF No. 153 remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  May 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE