UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ROBERT L. MAYES, et al.,<br><br>　　　　　　Defendants. | No.  2:19-cv-2216 TLN CKD P<br><br><br>ORDER |

　　　　Plaintiff has filed a motion asking that the court order "Defendants to create documents detailing any and all conversations Defendants' counsel (or anyone by his direction) has participated in relevant to this action Pre or Post the discovery deadline."   The court has no authority to order defendants to create evidence.  Accordingly, the motion (ECF No. 165) is denied.  Plaintiff is warned, as he was in the court's February 28, 2023, order, that if he continues to file such frivolous motions, sanctions will issue which may include a recommendation that this action be dismissed.  ECF No. 153 at 5.

Dated:  July 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
vade2216.ev