UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. ROBERT L. MAYES, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding with a civil action against defendants Dr. Mayes, Dr. Kuersten, and California State Prison, Solano. In an order dated February 28, 2023, the court found that discovery was closed except that plaintiff was granted leave to file motions to compel concerning defendants' responses to plaintiff's first set of requests for production of documents and/or defendants' responses to plaintiff's second set of requests for production of documents in accordance with the terms identified in the order. Plaintiff has not filed a motion to compel. Instead, on August 4, 2023, the parties submitted a request that the court conduct in camera review with respect to certain documents.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The parties request for in camera review is granted. The court will review the documents identified in paragraph 8 of the parties' request.

/////

1

2. Defendants shall provide the court with all documents identified in paragraph 8 by November 20, 2023. With respect to every document provided, defendants must identify: (1) the applicable request for production; and (2) defendants' objection, at this point, to producing the document. Defendants are referred to the court's February 28, 2023, order as to what constitutes a permissible objection.

3. The parties shall continue to meet and confer in good faith to comply with the court's February 28, 2023, order.

4. The deadline for plaintiff to file the motions to compel described above is stayed and will be reset once the court completes the in camera review.

5. All outstanding motions filed by plaintiff (ECF # 168, 169, 171, 173 and 174), which all concern further discovery, are denied without prejudice to refiling when the court resets the motion to compel deadline. Plaintiff shall refrain from filing any discovery-related motions until the in camera review is complete.

6. Failure to comply with this order could result in sanctions including dismissal.

Dated: November 3, 2023

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.mtc(6)