UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>Plaintiff,<br><br>v.<br><br>DR. ROBERT L. MAYES, et al.,<br><br>Defendants. | No. 2:19-cv-2216 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that counsel for defendants be sanctioned for not participating in discovery in the manner preferred by plaintiff. Because plaintiff fails to show counsel for defendants violated any rule, law, or court order, the motion (ECF No. 182) is denied. Plaintiff is warned that if he continues to file frivolous motion, sanctions, including dismissal of this case, may issue.

Dated: November 14, 2024

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.mfs