UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. ROBERT L. MAYES, et al., | |
| Defendants. | |

On February 28, 2023, although discovery was closed, the court granted plaintiff leave to file motions to compel concerning defendants' responses to plaintiff's first set of requests for production of documents and/or defendants' responses to plaintiff's second set of requests for production of documents in accordance with the terms identified in the order. On November 3, 2023, the court stayed the deadlines for the filing of any motion to compel so that the court could conduct an in camera review requested by the parties. As that review is complete, the court will reestablish the deadline for the filing of any motion to compel concerning the discovery responses identified above. The parties are referred to the court's February 28, 2023, order as to the contents of the motion to compel, an opposition, and a reply. Failure to comply with that order in any material respect will result in sanctions and, as to plaintiff, could include dismissal of plaintiff's claims.

/////

/////

1

Plaintiff has asked that the court re-open discovery. This motion will be denied without prejudice to renewal after resolution of the motion to compel plaintiff has been authorized to file. Resolution of the motion to compel, along with defendants' adherence to their duty to supplement prior responses to requests for discovery under Rule 26 of the Federal Rules of Civil Procedure, may obviate the need and/or justification for reopening of discovery.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file a motion to compel (ECF No. 186) is granted. Plaintiff is granted 30 days within which to file motions to compel concerning defendants' responses to plaintiff's first set of requests for production of documents and/or defendants' responses to plaintiff's second set of requests for production of documents in accordance with the terms identified in the court's February 28, 2023, order. Defendants may oppose any motion to compel within 30 days of service of the motion; the opposition must also be in accordance with the terms identified in the court's February 28, 2023, order. Plaintiff may file a reply brief within 30 days of service of an opposition.

2. Plaintiff's motion to reopen discovery (ECF No. 187) is denied without prejudice.

3. The parties need not submit the status report referenced in the court's October 11, 2024, order. Accordingly, plaintiff's December 26, 2024, request for leave to submit a late status report (ECF No. 189) is denied as moot.

Dated: January 2, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.mtc(7)

---

[1] Plaintiff is informed that for this court to reopen discovery, plaintiff will have to show that the information sought could not reasonably have been obtained before the close of discovery. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (whether to reopen discovery primarily turns on the diligence of the party seeking to conduct more discovery).