UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No. 2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. ROBERT L. MAYES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this 42 U.S.C. § 1983 action for violation of civil rights. On March 19, 2020, the court ordered as follows:

> 1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.
>
> 2. Thereafter, the Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

/////

On October 15, 2021, the filing fee was satisfied on behalf of plaintiff by Terrence Vaden. Up until that point, the court had not received any money from the Director for the filing fee and the court has not since.

Plaintiff claims money has been withdrawn from his trust account for the filing fee and that it continues. While the court will make clear to the Director that the filing fee for this action has been satisfied, any further relief will have to be sought from the California Department of Corrections and Rehabilitation.

Finally, the court issued the same orders to the Director regarding payment of filing fees for 2:03-cv-2290 LKK PAN, 2:06-cv-1836 GEB KJM P, 2:10-cv-1676 KJN and 2:10-cv-2219 JAM DAD. The Director has not provided the court with any payments for the filing fee in those cases either. The Director should continue to monitor plaintiff's trust account and provide payment in those cases when appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

2. Plaintiff's February 26, 2025 "Request For The Court To Issue An Order . . ." is granted only in the respect that the Director of the California Department of Corrections and Rehabilitation is informed that the filing fee for this case has been satisfied. The Director should continue to monitor plaintiff's trust account and provide payment for the filing fees in 2:03-cv-2290 LKK PAN, 2:06-cv-1836 GEB KJM P, 2:10-cv-1676 KJN and 2:10-cv-2219 JAM DAD when appropriate.

Dated: March 3, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.ff