UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN, | No.  2:19-cv-2216 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. ROBERT L. MAYES, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding with an action for violation of civil rights. Because discovery is now closed, IT IS HEREBY ORDERED that all pretrial motions be filed on or before May 15, 2025.

Dated:  March 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vade2216.ptms