IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERNEST LEE VADEN,** | 2:19-cv-02216-TLN-CKD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO VACATE THE PRETRIAL MOTION DEADLINE** |
| v. | |
| **DR. ROBERT E. MAYES, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Motion to Vacate the Pretrial Motion Deadline is **GRANTED**.

The pretrial motion deadline is vacated and will be reset after disposition of plaintiff's pending motion to reopen discovery.

**IT IS SO ORDERED.**

Dated: April 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE