IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ROBERT E. MAYES, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-02216-TLN-CKD (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR A TWO-DAY EXTENSION OF TIME NUNC PRO TUNC TO FILE AND SERVE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION TO REOPEN DISCOVERY** |

　　　Good cause appearing, Defendants California Department of Corrections and Rehabilitation, R. Mayes, and M. Kuersten's Request for a Two-Day Extension of Time Nunc Pro Tunc in which to file their Opposition to Plaintiff's Motion for Reconsideration of Plaintiff's Motion to Reopen Discovery (Opposition) is granted. The deadline for Defendants to file their Opposition is hereby extended to December 31, 2025, nunc pro tunc.

　　　IT IS SO ORDERED.

Dated: 01/05/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE