UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST LEE VADEN,

          Plaintiff,

    v.

DR. ROBERT L. MAYES, et al.,

          Defendants.

No.  2:19-cv-2216 TLN CKD P

ORDER

Plaintiff has filed a motion for extension of time to file dispositive motions.  Good cause appearing, that motion will be granted.

Plaintiff has also filed a motion for reconsideration of the court's denial of plaintiff's motion to reopen discovery.  A court may reconsider a ruling under Federal Rule of Civil Procedure 60(b).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).  Plaintiff does not point to newly discovered evidence, nor does he attempt to establish clear error or manifest injustice.  There has been no change in the law.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 211) is GRANTED;

2. The parties are granted thirty days from the date of this order to file dispositive motions.

3. Plaintiff's motion for reconsideration (ECF No. 206) is DENIED.

Dated:  February 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
vade2216.36

2