IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **VADEN,** | Case No. 2:19-cv-02216-TLN-CKD (PC) |
| Plaintiff, | **ORDER** |
| **v.** |  |
| **MAYES, et al.,** |  |
| Defendants. |  |

GOOD CAUSE APPEARING, Defendants' Motion for an Extension of Time to File a Dispositive Motion is GRANTED.  Dispositive motions are due by May 18, 2026.

Dated:  March 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE