IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VADEN,** | Case No. 2:19-cv-02216-TLN-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **MAYES, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING, Defendants' Motion for an Extension of Time to Oppose Plaintiff's Motion for Summary Judgment is (ECF No. 218) GRANTED.  Defendants' opposition to Plaintiff's Motion for Summary Judgment is due by April 17, 2026.

Dated:  March 18, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE